ORIGINAL

FILED
OCT - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
FEREIDOON DARYOUSH ) Case No. 08-51432 ASW
)
CARMELLA DARYOUSH ) **NOTICE OF UNCLAIMED DIVIDEND**
)
           Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499180 for an unclaimed dividend in the amount of $0.31. The name and address of the claimant entitled to the unclaimed dividend is as follows;

        FEREIDOON DARYOUSH
        CARMELLA DARYOUSH
        3987 STERLING OAK DR
        TURLOCK, CA 95382

Dated: October 04, 2011

                                             DEVIN DERHAM-BURK, TRUSTEE